# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  May 22, 2019                                  Judge:  Honorable Vince Chhabria

Court Reporter:  Katherine Sullivan
Deputy Clerk: Lashanda Scott
Time: 2 Hours and 40 Minutes
Case No.: 16-md-2741 VC (See additional case information below)
Case Name:  In re Roundup Products Liability Litigation

Plaintiff's Counsel:  **Tara Tabatabaie, Mark Burton, Hunter Lundy, Steven Brady, Brian Brake, Yvonne M. Flaherty, Kathryn Forgie, Michael Baum, Tesfaye Tsadik, David Jackson Wool, Brent Wisner, Amiee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Erin Andrus, Vance R. Andrus**

Defendant's Counsel: **Brian Stekloff** , **Rakesh Kilaru**

## **PROCEEDINGS**

| Member Case Name | Member Case Number | Motion (Involved Plaintiff) |
|---|---|---|
| Ashton v. Monsanto Company | 18-cv-3959 | Motion to Dismiss (R. Castro) |
| Moceri v. Monsanto Company | 18-cv-3558 | Motion to Dismiss (Moceri) |
| Flynn v. Monsanto Company | 18-cv-6551 | Motion to Dismiss (Flynn) |
| Brooks v. Monsanto Company | 18-cv-7558 | Motion to Dismiss (Brooks) |
| Angel v. Monsanto Company | 17-cv-5547 | Motion to Dismiss (Magee) |
| Smith v. Monsanto Company | 17-cv-2142 | Motion to Dismiss (Otts)<br>Motion to Remand |
| Applegate v. Monsanto Company | 18-cv-3363 | Motion to Dismiss (Applegate) |
| Boblitz v. Monsanto Company | 18-cv-0993 | Motion to Dismiss (Boblitz) |
| Beaudet v. Monsanto Company | 17-cv-6902 | Motion to Dismiss (Brook) |
| Berlin v. Monsanto Company | 18-cv-0815 | Motion to Dismiss (Gelder) |
| Ginger v. Monsanto Company | 18-cv-4552 | Motion to Dismiss (Ginger) |
| Koehn v. Monsanto Company | 17-cv-5161 | Motion to Dismiss (Koehn) |
| Edwards v. Monsanto Company | 17-cv-7365 | Motion to Dismiss (Partee) |
| Ruffin v. Monsanto Company | 18-cv-1085 | Motion to Dismiss (Ruffin) |
| Wiseman v. Monsanto Company | 18-cv-5495 | Motion to Dismiss (Wiseman) |
| Giglio v. Monsanto Company | 16-cv-5658 | Motion to Amend Pretrial Order 50 |
| Baum v. Monsanto Company | 19-cv-1018 | Motion to Remand |
| Gonzalez v. Monsanto Company | 19-cv-1020 | Motion to Remand |
| Rabbers v. Monsanto Company | 19-cv-1023 | Motion to Remand |

| Rivas v. Monsanto Company | 19-cv-1024 | Motion to Remand |
| Taylor v. Monsanto Company | 19-cv-1030 | Motion to Remand |
| Kast v. Monsanto Company | 19-cv-1031 | Motion to Remand |
| Ataide v. Monsanto Company | 19-cv-1289 | Motion to Remand |
| Abreu v. Monsanto Company | 19-cv-1587 | Motion to Remand |
| Chupa v. Monsanto Company | 19-cv-1589 | Motion to Remand |
| Archambault v. Monsanto Company | 19-cv-1717 | Motion to Remand |
| Conyers v. Monsanto Company | 19-cv-2001 | Motion to Remand |

Motions to Remand, Motion to Amend Pretrial Order and Motions to Dismiss taken under submission.  Court will issue an order. The Court appoints a private mediator, Ken Feinberg. Counsel shall meet and confer with Mr. Feinberg and provide a status report within 14 days. Counsel requested to extend page limits by 10 extra pages for post-trial motion briefs – Motion Granted.  Post-Trial motion due by May 31, 2019; Opposition due within 14 days; Reply due with 7 days. Post-Trial motion hearing for July 2, 2019 at 1:30 p.m.   Counsel shall submit a Case Management Proposed Order by June 29, 2019.  Further Telephonic Case Management Conference set for June 4, 2019 at 9:00 a.m.  Trial set for C16-2341 VC for February 10, 2019 at 8:30 a.m.  Jury Selection set for February 5, 2020 at 8:30 a.m.  Monsanto shall post an Appeal Bond with the Court in the amount of $100,334,542.62.  The Court lifted the stay on the sixteen California cases and any other cases governed by California Law.